UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| SANDRA FERRERA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:14-cv-00010 |
| v. ) | |
| ) | **ORDER OF DISMISSAL** |
| UNITED RECOVERY GROUP, INC ) | |
| ) | |
| ) | |
| Defendant. ) | |

Based upon Plaintiff's Voluntary Dismissal and pursuant to FRCP 41(a)(1)(A), the above reference matter is hereby dismissed with prejudice, with each party to bear their own fees and costs.

**NEW ORLEANS, LOUISIANA,** this __27th__ day of February, 2015.

HONORABLE NANNETTE J. BROWN
UNITED STATES DISTRICT JUDGE

*The Court notes that Plaintiff provided this proposed order.

1